# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

GEORGE BARBER, an individual

*Plaintiff*

**V.**

OCEAN BLUE FINANCIAL, INC., a California Corporation, and THE PERRY LAW FIRM, A PROFESSIONAL LAW CORPORATION, a California Professional Corporation

*Defendant*

Civil Action No.   14CV2135 H BGS

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*

OCEAN BLUE FINANCIAL, INC., c/o Michael R. Perry, Agent for Service
20523 Crescent Bay Dr., 2nd Floor
Lake Forest, CA 92630

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jake A. Walton
750 B Street, Suite 3300
San Diego, CA 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:   9/9/14



John Morrill
*CLERK OF COURT*

S/              D. Gilbert
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  '14CV2135H  BGS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Ocean Blue Financial, Inc.
was received by me on *(date)*   10/01/2014   .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Michael R. Perry , who is designated by law to accept service of process on behalf of *(name of organization)*  Ocean Blue Financial, Inc.  on *(date)*  10/06/2014  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:   10/07/2014

*Server's signature*

Ben Ari Manes
*Printed name and title*

25422 Trabuco Rd., Ste. 105-158, Lake Forest, CA 92630
*Server's address*

Additional information regarding attempted service, etc: